AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

2 5179-076

| United States of America | ) |
| v. | ) |
| ESEQUIEL SANCHEZ | ) Case No. 12-20081 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ESEQUIEL SANCHEZ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - conspiracy; and
21 U.S.C. § 841(a)(1) - possession with intent to distribute a controlled substance

Date: 04/10/2012

*Issuing officer's signature*

City and state: Memphis, Tennessee

THOMAS M. GOULD, CLERK-WDTN
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

2012 APR 10 PM 1:58